

Tarter Krinsky & Drogin LLP
1350 Broadway
New York, NY 10018
P 212.216.8000
F 212.216.8001
www.tarterkrinsky.com

Deborah J. Piazza, Trustee
Email: dpiazza@tarterkrinsky.com
Phone: (212) 216-8000

March 8, 2022

Honorable David S. Jones
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Courtroom
New York, NY 10004

        Re:    In re Windsor Financial Group, LLC
                  Chapter 7 Case No. 16-10097 (DSJ)_____

Dear Judge Jones:

       I am writing in response to the order entered on February 16, 2022, directing the submission of a status report in the above-referenced case

       On February 21, 2021, the Court entered an order approving the final allowance of compensation in this Chapter 7 case. Soon thereafter, I, as Chapter 7 Trustee, effectuated the final distribution to creditors in this case. Some creditors failed to cash their final distribution checks, or such checks were returned because the creditors changed addresses or may be out of business. As such, there are still unclaimed funds aggregating approximately $100,514.49 in the estate bank account preventing this case from being closed.

       We have recently made contact with one landlord creditor who changed addresses and have delivered such landlord creditor its final distribution check of $58,768.38. Once this check clears, the amount outstanding in the estate account will equal less than $42,000. As to the balance of creditors who are entitled to their pro rata share of such monies, while attempts to contact the missing creditors have been made in the past, I will make another attempt to contact the remaining claimants to remit the funds due to them.

Honorable David S. Jones
March 8, 2022
Page 2 of 2

 Any outstanding funds will be sent to the Clerk of the Court as unclaimed funds. Once all checks have cleared, I will submit the TDR for approval and close the case.

    Please let me know if you have any questions or need further information.

                                    Respectfully submitted,

                                    s/Deborah J. Piazza
                                    Deborah J. Piazza
                                    Trustee